1  PHILLIP A. TALBERT
   United States Attorney
2  JASON P. BASKETT
   Special Assistant United States Attorney
3  1 S. Rosamond Blvd
   Edwards AFB, CA
4  Telephone: (661) 277-4310

5  Attorney for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:22-PO-00177-SAB |
|---|---|
| Plaintiff, | MOTION TO TERMINATE PROBATION AND VACATE REVIEW HEARING SET FOR AUGUST 1, 2023 |
| vs. | |
| CHRISTINA N. EDWARDS, | |
| Defendant. | |

On October 4, 2022, defendant Christina N. Edwards pleaded guilty to one violation of CVC 22349(a) in Case No. 5:22-PO-00177-SAB. She was sentenced to pay a $390.00 total financial obligation in monthly installments of $39.00, commencing on November 15, 2022, and by the 15th of each month thereafter, until paid in full. She was also sentenced to probation for a period of one year expiring on October 4, 2023. A Review Hearing was also set for August 1, 2023 at 10:00 AM at the Bakersfield Federal Courthouse.

On October 8, 2022, defendant's $390.00 total financial obligation was received. Also, on October 13, 2022, Edwards Air Force Base Security Forces ran a criminal background check on defendant and found that she had not committed any law violations during the period of her probation. As the defendant has paid her total financial obligation and has complied with the terms of her probation, the government moves for early termination of defendant's probation and vacation of the Review Hearing set for August 1, 2023.

                                      Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

Date:  October 18, 2022            */s/ Jason Baskett*
                                      JASON BASKETT
                                      Attorney for Plaintiff

## **ORDER**

**IT IS SO ORDERED.**  Probation for defendant Christina N. Edwards in Case No. 5:22-PO-00177-SAB is hereby terminated, as defendant has paid the entirety of her $390.00 total financial obligation. The Review Hearing set for August 1, 2023 is also hereby vacated.

IT IS SO ORDERED.

Dated:  **October 18, 2022**

                                        UNITED STATES MAGISTRATE JUDGE